760 A.2d 778

THOMAS TRANTINO, RESPONDENT/CROSS-PETITIONER,
v. NEW JERSEY STATE PAROLE BOARD,
PETITIONER/CROSS-RESPONDENT.

July 6, 2000.

Petition for certification and the cross-petition for certification are granted.

760 A.2d 779

AMIE KOLB, PLAINTIFF–PETITIONER, v. JEFFREY
CRYAN, DEFENDANT–RESPONDENT.

July 17, 2000.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division to reconsider the issue of the charge to the jury on the exercise of medical judgment in the light of *Velazquez v. Portadin,* 163 *N.J.* 677, 751 *A.*2d 102 (2000).

760 A.2d 779

JOHN C. WILLIAMS, PLAINTIFF–RESPONDENT,
v. NEW JERSEY STATE PAROLE BOARD,
DEFENDANT–PETITIONER.

July 17, 2000.

Denied.